Wednesday, July 9, 2014

Misc. No. 14–8021/AF.  U.S. v. Brian C. Kates.  CCA S32018.  Notice is hereby given that a writ-appeal petition for review of the United States Air Force Court of Criminal Appeals decision on application for extraordinary relief in the nature of a writ of error coram nobis was filed under Rule 27(b) this date.

No. 14–0581/AR.  U.S. v. Sean M. Hall.  CCA 20130178.  Appellant's motion to file additional matters pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), is hereby granted.

Thursday, July 10, 2014

